# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3289
_____

ROBERT GORDON DEWALD,

Petitioner,

v.

SCHOOL DISTRICT OF MANATEE
COUNTY/JOHNS EASTERN
COMPANY, INC.,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident:  September 12, 2023.

January 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver, Stern, P.A., Panama City, for Respondents.